

**U. S. Department of Justice**

*United States Attorney*
*Middle District of Georgia*

*Criminal Division*  Phone: 478-752-3511
*Post Office Box 1702*  Fax: 478-621-2655
*Macon, Georgia 31202*  Fax: 478-621-2656

December 11, 2013

Melba Holman
111 River Valley Court
Kathleen, GA 31047

Dear Ms. Holman:

I am writing to advise you that you are the target of a federal criminal investigation by the United States Attorney's Office for the Middle District of Georgia. Having reviewed the circumstances involved in this case, I believe it is very likely that you will be formally charged with offenses related to **government program fraud and misappropriation by fiduciary**. Our office is preparing to present this matter to the Grand Jury. However, we are prepared to consider negotiating with you concerning the entry of a plea agreement with you as an alternative to presenting this case for indictment.

You are encouraged to hire an attorney to advise you in this matter as soon as possible. If you have already retained an attorney regarding this matter, please have him/her call my office at **(478)752-3511**, to discuss the matter or to schedule an appointment. If you cannot afford an attorney, you can ask the court to appoint one for you

Please understand that you are under no obligation to discuss this case with me. Be advised, if I do not hear from you or your attorney by **January 10, 2014**, then I will conclude that negotiating a plea agreement is not an alternative you want to consider and this office will proceed accordingly with your prosecution.

Sincerely,

MICHAEL J. MOORE
United States Attorney

GRAHAM A. THORPE
Assistant United States Attorney